From: Mr. Phillip Grant #314973
Northern State Prison,
168 Frontage Road
Newark, New Jersey 07114

To: United States District Court
District of New Jersey
M.L. King Jr. Federal Bldg & US Courthouse
50 Walnut Street
Newark, New Jersey 07102
02-4749

Dear Sir, r.v..
1.) This Incident occured at East Jersey State.
Prison on 4-10-2013 I was assaulted my
S.C.O. Delarosa. I then was handcuffed and
escorted to medical by the S.c.i. had taken to
the detention area and placed on I.c.c. I need
the names of every one that was Involved.
And reports of the accured incident.

2.) This Incident occured at Bayside State Prison.
on 7-30-2013 I received a Charge for refus-
ing to submit to a pat search (charge no 708)
that I was found not guilty of.
( Continue on page 2

Page 2

At that time of S.c.c.f common subdued me
and call for assiting officers upon thier
arrival I was physically assualted I need
the name of all assaulting officers an sup-
ervisor and reports, medical reports from
southern state correctional facility and
northern state prison medical reports as
well.

3.) And I need the names of officers and sup-
visors and central transit officers that
was there and wintnessed the assaulting
and sexually humiliated situation that
happened to me by assaulting officers
an supervisor. And the incident occuring
at northern state prison on 10-29-2013
so could you please supeina the names
and reports, medical reports from south
woods prison and northern state prison
Medical reports and xrays. And the name
of the special investigation division
staff member that interview me and had
the doctor examine me and order the
the xrays. (Continue on page 3

3

So Could you please supeunia all the names
And reports, medical reports and xrays
reports related to these 3 Incidentand
send them to me SoI may Correctly File
My Claims with your Courts. The Specia.
Investigation Division Staff member
Interview me on 11/2013 about this Inci-
dent accuring at Northern State Prison.

I thank you In advance For your time and
attention In this matter and lock Forward
to your Immediate reply.

Respectfully submitted,
Inillio Grant #314973
Phillip Grant
Dated March 7, 2014

*C. Sweeney, Administrator*
*Northern State Prison*
*168 Frontage Road*
*Newark, N.J. 07114*

*February 10, 2014*

*Phillip Grant #11393B*
*Northern State Prison*
*168 Frontage Road*
*Newark, N.J. 07114*

$Case\ 2:02-CU-4749$

### Re: Appeal of disciplinary decision

On 12/2013 some one from the ombudsman office had an S.I.D staff member come to N.S.P ad-
seg unit and interview me about the complaint I filed with your office that I was physically
assaulted by B.S.P officers back on 7/30/2013. The S.I.D staff took my statement and explained
that he would investigate the matter. He further explained that he would let me know the
outcome of the investigation. I also sent the Governor, chief S.I.D officer, and the prosecutor
office a letter. I informed them of the situation and pleaded with them to have me housed in
protective custody. I only ask that you bring my situation to S.I.D attention A.S.A.P. Because on
1/23/2014 I received a 254 charge and the hearing officer somewhat understood my situation and
gave me 15 days detention to allow me time to rectify the situation by making the appropriate
legal calls to the ombudsman and explain my situation. I am only trying to inform S.I.D that they
keep trying to send me back to B.S.P. I was scheduled to make a legal call last Friday however I
never received that phone call while housed on delta P.H.D status. Once the 15 days detention
was complete I was informed that I was being once again transferred to B.S.P and I once again
refused and as a result I received another 254 charge. I got 15 days detention and 90 days ad-seg.
I tried to explain to the officers that I filed a complaint of being physically assaulted by officers
at B.S.P. I am in fear for my safety and I plead with you to suspend my ad-seg and consider

that I will not keep getting these refusal charges. I am also in fear at
*Northern State Prison*
on 10/29/2013 I was released from ad-seg and the N.S.P supervisor and
*Newark, N.J. 07114*
officers physically assaulted me and sexually humiliated me and when they forced me back to
*February 10, 2014*
B.S.P. when they transferred me back to N.S.P ad-seg the officers and SGT who assaulted me
*Phillip Grant #11393B*
where I was housed. S.I.D came and visited me about that complaint on
*168 Frontage Road*
N.S.P officers here are not allowing me to get things done. I am not

receiving sent out or my Inmate Remedy Forms I sent out. My

rights

physically

housed then would investigate the matter. He further explained that he would let me know the

outcome of the investigation. I also sent the Governor, chief S.I.D officer, and the prosecutor

office a letter. I informed them of the situation and pleaded with them to have me housed in

protective custody. I only ask that you bring my situation to S.I.D attention A.S.A.P. Because on

1/23/2014 I received a 254 charge and the hearing officer somewhat understood my situation and

gave me 15 days detention to allow me time to rectify the situation by making the appropriate

legal calls to the ombudsman and explain my situation. I am only trying to inform S.I.D that they

keep trying to send me back to B.S.P. I was scheduled to make a legal call last Friday however I

never received that phone call while housed on delta P.H.D status. Once the 15 days detention

was complete I was informed that I was being once again transferred to B.S.P and I once again

refused and as a result I received another 254 charge. I got 15 days detention and 90 days ad-seg.

I tried to explain to the officers that I filed a complaint of being physically assaulted by officers

at B.S.P. I am in fear for my safety and I plead with you to suspend my ad-seg and consider

sending me to Mid-State so that I will not keep getting these refusal charges. I am also in fear at

N.S.P as well because on 10/29/2013 I was released from ad-seg and the N.S.P supervisor and

officers physically assaulted me and sexually humiliated me and when they forced me back to

B.S.P. when they transferred me back to N.S.P ad-seg the officers and SGT who assaulted me

was assigned to 1 wing where I was housed. S.I.D came and visited me about that complaint on

11/2013 and in retaliation N.S.P officers here are not allowing me to get things done. I am not

receiving a reply back on any of the letters I sent out or my Inmate Remedy Forms I sent out. My

rights are being violated, I also have the right to make a legal call when housed on P.H.D status

as per N.J.A.C. on 1/31/2014 and 2/7/2014 I was denied my right to make a legal call as

scheduled. Please look into this matter in its entirety and consider sending me to Mid-State or

housed in protective custody.

Case 2:14-cv-03358-ES-MAH   Document 1   Filed 03/13/14   Page 10 of 20 PageID: 10

Case 2:02-cv-04749-KSH   Document 8   Filed 03/13/14   Page 10 of 20 PageID: 10

# OFFICE OF THE OMBUDSMAN
New Jersey Department of Corrections
P. O. Box 863, Trenton, New Jersey 08625



## REQUEST FOR ASSISTANCE FORM
(Please use a separate form for each issue/complaint)

NAME: Phillip Grant          SBI # 11393-B          SP# 314973
INSTITUTION: N.S.P.          HOUSING UNIT: D.unit/cell acg  DATE: 2-5-2014

The Office of the Ombudsman provides a concerned medium within which inmates can seek redress for problems and complaints encountered while incarcerated. Our office investigates complaints where the inmate has failed to get satisfactory results through available institutional channels. This office supplements, but does not replace, the Department of Corrections existing inmate Request/Remedy System. Therefore, please be advised that we may request/require that you utilize your correctional facility's Request/Remedy System before assisting you.

**PLEASE ANSWER THE FOLLOWING QUESTIONS BEFORE PROCEEDING**

1. What correctional facility were you in when the matter you are complaining about occurred? Northern State Prison.
2. What was the date of the incident? 2-6-2014
3. Have you utilized the correctional facility's "Request/Remedy System" to address your concern? (YES) (NO)
4. Did you receive a response? (If "YES" please attach a copy of their reply.) (YES) (NO)
5. If you did not receive a response, what was the date you filed your complaint at the correctional facility? 1-28-14 - 2-5-14

**DESCRIBE YOUR ISSUE OR COMPLAINT** (Continue on another sheet of paper, if necessary and/or attach copies of any supporting documentation.)

On 12-2013 some one from your office had S.I.D staff member come to N.S.P. Ad-seg unit and Interview me about the Complaint I Filed with your office that I was physically assaulted by B.S.P. officers back on 7-30-2013. Then the S.I.D staff member took my statement explaining that he would Investigate the matter. He further explained that he would let me know the out come of the Investigation. And I send the Governor, Chief S.I.D staff member Prosecutor office a letter Informing them about the Situation. And pleaded with them to have me done In P.C. so could you please bring this Situation to the one S.I.D. Staff member attention. As N.S.P Because on 1-23-2014 I recieved another 254 charge. And the hearing officer some what understand the situation and gave me only 15 days detention so I could make a legal call to your office and explained the situation to you. So some one From your office could Inform the S.I.D staff member that they are trying to send me back to B.S.P. And I was schedule last Friday For a legal call. And did not recieved It. Then on 2-5-2014 the second shift officers on delta unit told me I was being transfered back to B.S.P. on 2-6-2014. And on that day I am going to recieved another 254 charge when I try to explain to the officers. SGT Icontinue on sheet 2

What do you think should be done to resolve your problem?

Form OMB-005

# OFFICE OF THE OMBUDSMAN
### New Jersey Department of Corrections
### P. O. Box 863, Trenton, New Jersey 08625



## REQUEST FOR ASSISTANCE FORM
(Please use a separate form for each issue/complaint)

NAME: Phillip Grant          SBI # 11393-0          SP# 314973

INSTITUTION: N.S.P.          HOUSING UNIT: Dunit kell3R9 DATE: 2-5-2014

The Office of the Ombudsman provides a concerned medium within which inmates can seek redress for problems and complaints encountered while incarcerated. Our office investigates complaints where the inmate has failed to get satisfactory results through available institutional channels. This office supplements, but does not replace, the Department of Corrections existing inmate Request/Remedy System. Therefore, please be advised that we may request/require that you utilize your correctional facility's Request/Remedy System before assisting you.

### PLEASE ANSWER THE FOLLOWING QUESTIONS BEFORE PROCEEDING

1. What correctional facility were you in when the matter you are complaining about occurred? Northern State Prison
2. What was the date of the incident? 2-5-2014
3. Have you utilized the correctional facility's "Request/Remedy System" to address your concern? (YES) (NO)
4. Did you receive a response? (If "YES" please attach a copy of their reply.) (YES) (NO)
5. If you did not receive a response, what was the date you filed your complaint at the correctional facility? 1-28-14-2-5-14

### DESCRIBE YOUR ISSUE OR COMPLAINT (Continue on another sheet of paper, if necessary and/or attach copies of any supporting documentation.)

that I filed a physically assaulted complaint against B.S.P. officers. And I am in fear for my safety as well. So I am pleading with your supervisor, S.I.D staff member to have me transfered from N.S.P. to mid State Prison, if that would keep me from being send back to N.S.P. Ad-seg for another 90 days, because it like I am living in fear here at N.S.P. And the reason why I say this is because on 10-29-2013 when I was release from Ad-seg N.S.P. supervisor, officers physically assaulted and sexlly humiliated me, when they force me back to B.S.P. And when they transfered me back to N.S.P. Ad-seg unit an living where one of the officers, I, as assigned to and S.G.T. supervised that I was involved in physically assaulted and sexlly humiliated me, when I filed the complaint with your office. They your office had S.I.D staff member interview me and took my statement on 11-2013. And in retaliation they are not allowing me to get anything done here in N.S.P. And I am not receiving any reply back from the letter I send to the Governor, Cheif S.I.D. staff member, Prosecutor office and my Inmate remedy from as well. I have to call your office and ask some one could they come see me about my Inmate remedy form or explain the situation to you. Because that the only way it going to get done here (continue on sheet 2

### What do you think should be done to resolve your problem?

Form OMB-005

Sheet 2

# OFFICE OF THE OMBUDSMAN
### New Jersey Department of Corrections
P. O. Box 863, Trenton, New Jersey 08625



## REQUEST FOR ASSISTANCE FORM
(Please use a separate form for each issue/complaint)

NAME: Phillip Grant                    SBI #: ~~11393-B~~   SP# 314973

INSTITUTION: N.S.P   HOUSING UNIT: Dunit(1cell)3 DATE: 2-5-2014

The Office of the Ombudsman provides a concerned medium within which inmates can seek redress for problems and complaints encountered while incarcerated. Our office investigates complaints where the inmate has failed to get satisfactory results through available institutional channels. This office supplements, but does not replace, the Department of Corrections existing inmate Request/Remedy System. Therefore, please be advised that we may request/require that you utilize your correctional facility's Request/Remedy System before assisting you.

..................................................................................

### PLEASE ANSWER THE FOLLOWING QUESTIONS BEFORE PROCEEDING

1.  What correctional facility were you in when the matter you are complaining about occurred? Northern State Prison
2.  What was the date of the incident? 2-6-2014
3.  Have you utilized the correctional facility's "Request/Remedy System" to address your concern? (YES) (NO)
4.  Did you receive a response? (If "YES" please attach a copy of their reply.) (YES) (NO)
5.  If you did not receive a response, what was the date you filed your complaint at the correctional facility? 1-28-14 - 2-5-14

### DESCRIBE YOUR ISSUE OR COMPLAINT (Continue on another sheet of paper, if necessary and/or attach copies of any supporting documentation:)

~~[redacted/scribbled out]~~

And my right are being Violated here In N.S.P. as well. Because on 1-28-2014 the hearing officer told me it is my right to make a legal call when I am on P.H.D status Then he had the paralegal schedule me for a legal call on 1-31-2014, 2-7-2014 And both times I was denied. And if they are going to keep on trying to send me back to B.S.P. every time my 90 days sanction is up. I would really appreciate If you could have me transfered from N.S.P. to another prison Ad-Seg unit If the hearing officer give me more time In Ad-Seg for my safety. And leave me there until my prison time is up or have me place In P.C. or have me transfered to mid state prison.

Thank you
Phillip Grant

### What do you think should be done to resolve your problem?

Form OMB-005

# OFICINA DEL DEFENSOR DEL PUEBLO (OMBUDSMAN)
### Departamento de Correcciones de Nueva Jersey
P. O. Box 863, Trenton, New Jersey 08625



## FORMULARIO DE PETICIÓN PARA ASISTENCIA
(Favor de usar un formulario separado para cada asunto/queja)

NOMBRE: _____ # DE SBI: _____ # DEL ESTADO: _____

INSTITUCIÓN: _____ UNIDAD DE VIVIENDA: _____ FECHA: _____

La Oficina del Defensor del Pueblo (Ombudsman) funciona como medio interesado dentro del cual los confinados pueden buscar reparación por los problemas y las quejas que encuentran mientras que estén encarcelados. Nuestra oficina estudia las quejas en el caso de que el confinado no haya obtenido un resultado satisfactorio mediante las vías institucionales disponibles. Esta oficina complementa, pero no reemplaza, al Sistema de Petición y de Intervención existente del Departamento de Correcciones. Por lo tanto, sírvase saber que es posible que nuestra oficina pida/exija que usted utilice el Sistema de Petición y de Intervención de su institución de corrección antes de proveer asistencia a usted.

### FAVOR DE CONTESTAR LAS SIGUIENTES PREGUNTAS ANTES DE CONTINUAR

1. ¿En cuál institución de corrección estaba usted cuando ocurrió el asunto de lo cual está quejándose? _____
2. ¿Cuál fue la fecha del incidente? _____
3. ¿Ha utilizado usted el "Sistema de Petición y de Intervención" de la institución de corrección para tratar su asunto?   (SÍ)  (NO)
4. ¿Recibió usted una respuesta? (Si contesta que "SÍ", favor de adjuntar una copia de la respuesta.)   (SÍ)  (NO)
5. Si usted no recibió una respuesta, ¿en qué fecha presentó usted su queja en la institución de corrección? _____

### DESCRIBA SU ASUNTO O QUEJA (Continúe en otra hoja de papel si es necesario y/o adjunte copias de cualquier documento justificativo.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### ¿Qué cree usted que se debe hacer para resolver su problema?

Formulario OMB-005-S

Phillip Grant, 314973
Bayside State Prison
P.O. Box F-1
Leesburg, New Jersey 07202

May 13, 2013

Theodore J. Romankow, Prosecutor
Office of the Prosecutor
32 Rahway Avenue
Elizabeth, New Jersey 07202

Re:  Criminal Charges/Assault

Dear Mr. Romankow:

Kindly accept this letter as my request to pursue charges against a staff member currently employed by Department of Corrections at the East Jersey State Prison in Rahway. I will provide a factual statement of what occurred below that you might initiate the requested charges. The staff member in question is S.C.O. DeLarosa, who has a history of this form of conduct. I therefore request your immediate intervention.

On April 10, 2013, while returing from the recreation yard, down under, I was confronted by an overly aggressive S.C.O. Delarosa, screaming in my face, "why the fuck are you looking at me like that!!??" Totally shocked, I looked to my side and observed two officers, who appeared to be standing at the ready. I then placed my hands in the air in an attempt to let staff know that I had no intention of being aggressive or addressing the comment made. In an attempt to walk around Delarosa, with my hands still in the air, I was forcefully pushed and nearly knocked down. All of the aforementioned activities took place in front of the surveillance camera located down under. Following the assault, I proceeded to 7 Wing, retreived my identification card and gave it to the down under Sergeant, explaining that I wanted to press charges on delarosa for assault. I was then handcuffed and escorted to medical by the Sgt. and another escorting officer. There, I was medically cleared and taken to the detention area and placed on TCC.

Shortly thereafter, I received a visit from Ms. Strickland from SID, who took my statement explaining that she would investigate the matter. She further explained that she would let me know something within the 72 hours she had to investigate. Since that time, I have heard absolutely nothing from her. I have also been transferred from E.J.S.P. and am now housed in bayside State Prison. hence, my request for the initial filing for charges against the officer in question.

I thank you in advance for your time and attention in this matter and look forward to your immediate reply.

Respectfully submitted,

Phillip Grant

PG/eld
cc. file

Mr. Phillip Grant #314973
Northern State Prison
168 Frontage Road
Newark, New Jersey 07114

M.L. King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

07102355199